IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| THEODORE HAUGLAND, | ) | 26-CV-00151-HG-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL INTERSTATE INSURANCE | ) | |
| COMPANY; JOHN DOE DRIVER 1; | ) | |
| JOHN DOE DRIVER 2; JOHN DOE | ) | |
| DRIVER 3; DOES 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO: (1) DISMISS COMPLAINT WITHOUT PREJUDICE; AND (2) DENY APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF No. 8)

The Findings and Recommendation having been filed and served on all parties on April 30, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation To: (1) Dismiss Complaint Without Prejudice; and (2) Deny Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 8) is adopted as the opinion and order of this Court.

Plaintiff may file an Amended Complaint and new Application to Proceed in District Court Without Prepaying Fees or Costs on or before **Friday, June 19, 2026.**

Failure to file an Amended Complaint and new Application to

Proceed Without Prepayment of Costs on or before the deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, May 19, 2026.

Helen Gillmor
United States District Judge

**THEODORE HAUGLAND vs. NATIONAL INTERSTATE INSURANCE COMPANY; JOHN DOE DRIVER 1; JOHN DOE DRIVER 2; JOHN DOE DRIVER 3; DOES 1-50;** 26-cv-00141-HG-KJM; Order Adopting Findings and Recommendation To: (1) Dismiss Complaint Without Prejudice; and (2) Deny Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 8).